IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM EDWARD ROBINSON,   )<br>                             )<br>      Petitioner,           )<br>                             )<br>    v.                       )<br>                             )<br> UNITED STATES OF AMERICA,   )<br>                             )<br>      Respondent.            ) | CIVIL ACTION NO.<br>  2:20cv443-MHT<br>       (WO) |

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a prisoner in federal custody, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied with prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that petitioner's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of April, 2023.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**