IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIAM EDWARD ROBINSON,     )<br>                              )<br>    Petitioner,              )<br>                              )<br>    v.                        )<br>                              )<br>UNITED STATES OF AMERICA,     )<br>                              )<br>    Respondent.               ) | CIVIL ACTION NO.<br>2:20cv443-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 12) is adopted.

(2) The 28 U.S.C. § 2255 motion to vacate, set aside, or correct a sentence by a person in federal custody (Doc. 1) is denied with prejudice.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 24th day of April, 2023.

                                 /s/ Myron H. Thompson  
                               UNITED STATES DISTRICT JUDGE